# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Derrick A. Smith, Jr.
    *Plaintiff(s)*
    v.
Warden R. Brown
    *Defendant(s)*

Civil Action No. 5:23-cv-177

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. Judgment is entered in favor of respondent.

other:

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge  John Preston Bailey

Date: May 10, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*